UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 5:24-cr-42-TPB-PRL

MICHAEL TAYLOR, JR.

## NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS

The United States of America, by Roger B. Handberg, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements and Factual Basis, stating as

follows:

## NATURE OF THE CHARGE

The defendant and his co-defendant, Alexandria Stevens, are charged by

Indictment. Doc. 8. The defendant is charged in Counts One, Three, and Four.

Count One charges the defendant with production of child pornography, in violation

of 18 U.S.C. §§ 2251(a) and (e) and 2. Count Three charges the defendant with

receipt of child pornography, in violation of 18 U.S.C. 2252A(a)(2) and (b)(1). Count

Four charges the defendant with distribution of child pornography in violation of 18

U.S.C. § 2252A(a)(2) and (b)(1).

## ESSENTIAL ELEMENTS

The essential elements of a violation of Count One are as follows:

First:       An actual minor, that is, a real person who was less than 18 years
             old, was depicted;

<table>
<tr><td>Second:</td><td>The Defendant used, persuaded, induced, enticed, or coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct; and</td></tr>
<tr><td>Third:</td><td>either (a) the Defendant knew or had reason to know that the visual depiction would be transported in interstate commerce; (b) the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer; or (c) the visual depiction was actually transported in interstate commerce.</td></tr>
</table>

The essential elements of a violation of Counts Three and Four are as follows:

<table>
<tr><td>First:</td><td>The Defendant knowingly received or distributed items of child pornography;</td></tr>
<tr><td>Second:</td><td>The items of child pornography had been transported, shipped, or mailed in interstate or foreign commerce, including by computer; and</td></tr>
<tr><td>Third:</td><td>When the Defendant received or distributed the items, the Defendant believed the items were or contained child pornography.</td></tr>
</table>

PENALTIES

Count One is punishable by a mandatory minimum term of imprisonment of 15 years up to 30 years, a fine of not more than $250,000, a term of supervised release of at least 5 years, up to life, and a special assessment of $100 per felony count. Counts Three and Four are each punishable by a mandatory minimum term of imprisonment of 5 years, up to 20 years, a fine of not more than $250,000, a term of supervised release of at least 5 years, up to life, and a special assessment of $100 per felony count. With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offenses, and with respect to other offenses,

the Court may order the defendant to make restitution to any victim of the offenses, or to the community, as set forth below.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

The defendant <u>must register</u> under the federal Sex Offender Registration and Notification Act.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253, as outlined in the Indictment. Among the items that will be forfeited are the following: an iPhone RX cellular telephone and Samsung cellular telephone seized on March 14, 2024, which assets were used by the defendants during the commission of the offenses.

PERSONALIZATION OF ELEMENTS

**Count One**

Do you admit that on or about November 24, 2023, in the Middle District of Florida, you used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct?

Do you admit that the minor is an actual minor, that is, a person who was less than 18 years old?

Do you acknowledge that the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer? Specifically, the visual depiction was produced using a cellular telephone that was manufactured outside of the United States?

**Count Three**

Do you admit that on or about November 24, 2023, in the Middle District of Florida, you knowingly received an item of child pornography?

Do you admit that the item of child pornography had been transported in and affecting interstate commerce, specifically that you had received the child pornography through the internet?

Do you admit that at the time you received the item of child pornography that you believed it contained child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct?

**Count Four**

Do you admit that on or about November 26, 2023, in the Middle District of Florida, you knowingly distributed an item of child pornography?

Do you admit that the item of child pornography had been transported in and affecting interstate commerce, specifically that you had distributed the child pornography through the internet?

Do you admit that at the time you distributed the item of child pornography that you believed it contained child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct?

## FACTUAL BASIS

### Background of the Investigation

On March 13, 2024, the New Jersey Burlington County Prosecutor's Office was provided with CyberTipline Report Nos. 189307505, 189307562, 189307727, 189307619, 189307535, 189307585 from the New Jersey State Police Internet Crimes Against Children Unit, who initially received the CyberTipline Report from the National Center for Missing and Exploited Children (NCMEC). NCMEC is a national clearinghouse that gathers information about missing and sexually exploited children for law enforcement use. After receiving a CyberTipline Report, NCMEC disseminates the information to the appropriate law enforcement agency based on the geolocation of the reported IP address.

According to the NCMEC report, on March 9, 2024, at 21:16:12 UTC and at 21:22:21 UTC, Sony Interactive Entertainment became aware of six image files of possible child sexual abuse material (CSAM) distributed through the Sony Interactive Entertainment account "T K Y O," associated with username "Gouji" and email address "soka300k@gmail.com."[1] The IP address captured and provided was 10.242.140.66. One of the image files is described below:

_____

[1] The six files were reviewed by an employee of Sony Interactive Entertainment.

**File Name: csfile_1710173214907.jpg**

This image file depicts a pre-pubescent female lying on her back with her ankles crossed and legs splayed open. The pre-pubescent female is wearing peach-colored panties, which are pulled down, and she is also wearing a white shirt. The pre-pubescent female is holding a phone in her hand and appears to be looking at something on the phone. The pre-pubescent female is lying on what appears to be a mattress with no sheets on it. The pre-pubescent female's vagina is clearly visible and is the focal point of the image. There is no visible body hair or pubic hair and there is little to no breast development.

On March 14, 2024, New Jersey Burlington County Prosecutor's Office Detective Sergeant Sobotka sent an emergency subpoena to Sony Interactive Entertainment LLC to request records associated with Sony Interactive Entertainment User "Gouji" with email address "soka300k@gmail.com." Sony Interactive Entertainment LLC responded to the subpoena request and provided an Excel spreadsheet of IP login data and the following subscriber information for Sony Interactive Entertainment User "Gouji" with email address soka300k@gmail.com.

The account belonged to Michael E. Taylor Jr. (Taylor), with an address on Triangle Lane., Wilmington, New Jersey. The telephone number associated with the account was ***-***-9484.

On March 14, 2024, Detective Sergeant Sobotka sent an emergency subpoena to Comcast Communications to request the subscriber information for IP Address 73.197.133.78 on March 10, 2024, at 23:18:53 PDT. This IP address was previously identified by subpoena return from Sony Interactive Entertainment as being associated with the account responsible for the upload of the six files of CSAM on March 9, 2024.

On March 14, 2024, Comcast Communications responded to the subpoena request and provided the following subscriber information:

Name:  S. Taylor
Address:  XX Triangle Lane
      Willingboro, NJ 08046

A search of the Department of Motor Vehicle's Records showed that Michael Eugene Taylor Jr., born in 1997, has a listed address on Triangle Lane, Willingboro, New Jersey.

## Execution of Search Warrant

Based on this information, the Burlington County Prosecutor's Office sought and received a search warrant for the residence located on Triangle Ln., Wilmington, New Jersey. On March 14, 2024, law enforcement in New Jersey executed a search warrant at this residence.

Michael Taylor, Jr. (Taylor), Alexandria Stevens (Stevens), M.T.S. and S.T. were all present at the time of the search warrant. On-scene previews of media devices were performed during the search. On Taylor's phone, a Samsung[2] cellular telephone, investigators located screenshots showing Stevens performing oral sex on a child. Stevens and Taylor both admitted that these images did portray Stevens performing oral sex on a child. Taylor admitted to being the person who recorded this event. Stevens further provided that the child in the video was an 8-year-old child (hereinafter referred to as CV1). Taylor and Stevens both admitted that they

---

[2] Samsung cellular telephones are manufactured outside the United States. It has therefore affected commerce.

produced this video while visiting Stevens's family in Florida over the Thanksgiving holiday in November 2023. On an iPhone XR[3] that was located in Stevens's and Taylor's bedroom, investigators found a 20-second video of Stevens performing oral sex on CV1. Taylor can be heard in the video directing Stevens to pull her hair back so that CV1's vagina is visible in the video. This is Stevens's phone – the telephone number associated with the phone is the same number that Stevens provided during her interview.

### Interview of CV1 and her parents

On March 19, 2024, Federal Bureau of Investigation (FBI) Task Force Officer Jennifer Wing and Special Agent Rod Hyre interviewed the parents of CV1. Both parents were shown still images of the face of the child which were taken from the video of the child having oral sex performed on her by an adult. Both parents affirmed that the child's picture they were shown was their 8-year-old daughter (CV1). The parents also affirmed that the background was a bedroom located inside their residence in Lady Lake, Lake County, Florida, which is in the Middle District of Florida. According to CV1's parents, Stevens and Taylor arrived four days prior to Thanksgiving and stayed for two weeks, placing their visit from approximately November 20, 2023, to December 4, 2023.

On March 19, 2024, CV1 was interviewed by an FBI Child and Adolescent Forensic Interviewer (CAFI). CV1 disclosed that Stevens performed oral sex on her,

---

[3] iPhone XR cellular telephones are manufactured outside of the United States. It has therefore affected commerce.

while at CV1's home on at least four separate occasions during the time of Stevens's Thanksgiving visit in November 2023. CV1 also said that when she was 7 years of age, Stevens would Facetime with CV1 and have CV1 touch her vagina with her fingers while Stevens would watch and tell CV1 what to do. CV1 stated that Taylor was responsible for Stevens performing oral sex on CV1, and that Taylor beats Stevens. CV1 also relayed that Stevens told CV1 to never tell the police about what had happened, or Stevens would get in trouble.

**Snapchat Communications between Taylor and Stevens**

Stevens's cell phone also contains Snapchat communication between Taylor (username "phillyloud215") and Stevens (username "mikeswifeyyy"). Snapchat is a social medial application that operates using the internet. Between June 23, 2023, and August 5, 2023, 19 images and 3 videos of child sex abuse material of CV1 were sent by Taylor to Stevens. On August 5, 2023, Stevens's sent the following messages to Taylor:



On August 5, 2023, Stevens took part in a video call with CV1, which was recorded. While on the video call with CV1, Stevens and Taylor are seen engaged in sexual intercourse with one another as CV1 watches. Stevens also transmitted five

images of CSAM of CV1, which appear to be screenshots taken during a video call on Stevens's cell phone.

On August 9, 2023, the following conversation occurred between Taylor and Stevens:



On October 27, 2023, Taylor transmitted multiple images and videos containing CV1 that appear to be images or excerpts from a live video chat. One video depicts CV1 rubbing her vagina with her fingers and one image depicts CV1 inserting her ring finger into her vagina while Stevens displays her vagina and watches CV1 on the inset during a video chat. The image appears to have been taken

in Stevens's and Taylor's residence in New Jersey. An excerpt of the messages between Taylor and Stevens are seen below:



The below messages were sent after the image of CV1 inserting a finger into her vagina was sent:

**PHILLYLOUD215**

✓ Received

10/27/2023 11:43:55 AM

Playing in her funky

**MIKESWIFEYYY**

↗ Sent

10/27/2023 11:44:05 AM

lol

**MIKESWIFEYYY**

↗ Sent

10/27/2023 11:51:15 AM

U be screenshotting at the perfect times 😭

**PHILLYLOUD215**

✓ Received

10/27/2023 11:52:08 AM

Mmm coochie

**PHILLYLOUD215**

✓ Received

10/27/2023 11:52:12 AM

Lick it lexi

**MIKESWIFEYYY**

↗ Sent

10/27/2023 11:52:14 AM

Ok

**MIKESWIFEYYY**

↗ Sent

10/27/2023 11:52:16 AM

Licks

**MIKESWIFEYYY**

↗ Sent

10/27/2023 11:52:20 AM

Mmm^

**PHILLYLOUD215**

_Received_

10/27/2023 11:53:27 AM

Wish I could see u eating her pussy in the bed

**MIKESWIFEYYY**

_Sent_

10/27/2023 11:53:30 AM

Me too

**MIKESWIFEYYY**

_Sent_

10/27/2023 11:56:24 AM

Child coochie

**PHILLYLOUD215**

_Received_

10/27/2023 11:56:31 AM

Sexy funk just like her ▮▮▮▮

**MIKESWIFEYYY**

_Sent_

10/27/2023 11:56:35 AM

Yesss

**PHILLYLOUD215**

Mmm █████funk cheesecake pussy

**MIKESWIFEYYY**

Funky faces

**PHILLYLOUD215**

And sniffing and rubbing it

**PHILLYLOUD215**

I wish she was here with us as she get older

**PHILLYLOUD215**

Mmm rubb yall sexy juicy funky cheesecake pussys

**MIKESWIFEYYY**

Mmmm that's so hot



**PHILLYLOUD215**

10/27/2023 12:06:28 PM

Rubbing her funky cheesecake pussy next to her little ▮▮▮

↗ Sent

**MIKESWIFEYYY**

10/27/2023 12:06:55 PM

Funky

✓ Received

**PHILLYLOUD215**

10/27/2023 12:07:35 PM

Yall fucking sexy 😡

✓ Received

**PHILLYLOUD215**

10/27/2023 12:07:45 PM

I wanna see yall kiss lick and hump

↗ Sent

**MIKESWIFEYYY**

10/27/2023 12:08:10 PM

I wish😭 we gotta get her here

**PHILLYLOUD215**

I want more pussy rubbing videos from

**PHILLYLOUD215**

We need more every year as she get older

**PHILLYLOUD215**

Well do it cause I'm trying see more this funky shit 🤮

**MIKESWIFEYYY**

Lmao

**MIKESWIFEYYY**

I'll do it when I can

On October 29, 2023, multiple images of CV1 nude were sent from Taylor to Stevens. The following is an excerpt of their chat:



On October 30, 2023, three images of CV1 nude and in various poses were sent from Taylor to Stevens. In one image, Stevens's vagina can be seen in the inset of the image. In one image, Stevens's face can be seen in the inset of the image.

On November 19, 2023, two nude images of CV1 were transmitted by Taylor to Stevens. In the first image, Stevens's vagina can be seen in the inset.

On November 23, 2023, messages between Taylor and Stevens were sent. At this time, Taylor and Stevens were in Lady Lake, Florida during the Thanksgiving trip visiting CV1 in person. An excerpt of the messages is below:



On November 24, 2023, while in Lady Lake, Florida, Taylor transmitted four videos of child sex abuse material of CV1 to Stevens.[4]

The first video is five seconds in duration and depicts CV1 lying on her back, wearing a black and white horizontally striped shirt and no pants, with her legs spread as Stevens grabs her right leg and moves it to make CV1 spread her legs wider.

The second video is eleven seconds in duration and depicts CV1 lying on her back on a bed wearing only a black and white horizontally striped shirt. At approximately 0:01, a female voice, believed to be Stevens, can be heard saying "rub it," at which point CV1 takes her right hand and

---

[4] This conduct forms the basis for production of child pornography, as charged in Count One. These videos were produced using Taylor's Samsung cellular telephone.

rubs her vagina; CV1 then switches to using her left hand and then the video file ends.

The third video is approximately 15 seconds in duration and depicts CV1 wearing only a black and white horizontally striped shirt. CV1 is depicted on her knees and elbows in a bent over position on the bed. A female voice, believed to be Stevens, can be heard saying "keep going, bend over, higher, like that, twerk," and CV1 is seen obeying those commands.

The fourth video is approximately 26 seconds in duration and depicts CV1 lying on her back on a mattress with her legs up in the air. CV1 is wearing only a black and white horizontally striped shirt. At approximately 0:04 seconds, Stevens leans into view of the camera and begins to perform oral sex on CV1. At approximately 0:09 seconds, a male voice (Taylor) says, "babe move your hair." When that is said, a black male arm reaches in and moves Stevens's hair. The adult male then says, "alright, go," at which point Stevens leans back in and resumes performing oral sex on CV1.

After the videos were sent, Taylor and Stevens continued communicating via

Snapchat. An excerpt of the conversation is below:



On November 24, 2023, Stevens sends a picture via snapchat of CV1 laying down with her legs spread and pulling her underwear to the side to expose her vagina to Taylor. Taylor responds "mmm yummy."[5]

On November 25, 2023, Taylor transmitted an image of child sex abuse material of CV1 to Stevens. CV1 is wearing only pink/purple shirt and Stevens is performing oral sex on her.

On November 26, 2023, Taylor sends an image of CVI via snapchat to Stevens. In the image, CVI is naked and face down on a mattress on her hands and knees with her buttocks raised and vagina clearly visible. Taylor then says, "yummy sister coochies."[6] The following conversation takes place:

---

[5] This conduct forms the basis for Stevens's distribution of child pornography, as charged in Count Two, and Taylor's receipt of child pornography, as charged in Count Three. Based on the Snapchat communications contained within Taylors Samsung cellular telephone and the agent's review of the cell phone extraction, Taylor used his cellular telephone to receive this child pornography as charged in Count Three. Based on the Snapchat communications contained within Stevens iPhone XR and the agent's review of the cell phone extraction, Stevens used this cellular telephone to receive this child pornography as charged in Count Two.

[6] This conduct forms the basis for Taylor's distribution of child pornography, as charged in Count Four, and Stevens's receipt of child pornography, as charged in Count Five. Based on the Snapchat communications contained within Taylors Samsung cellular telephone and the agent's review of the cell phone extraction, Taylor used his cellular telephone to receive this child pornography as charged in Count Three. Based on the Snapchat communications contained within Stevens iPhone XR and the agent's review of the cell phone extraction, Stevens used this cellular telephone to receive this child pornography as charged in Count Five.



Special Agent Hyre has identified over 100 images and videos of child sex abuse material involving CV1. Further, SA Hyre has identified a smaller amount involving a second minor victim, CV2.

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case. It does not include, nor is it intended to include, all the events, persons involved, or other information relating to this case.

<u>CONCLUSION</u>

Therefore, the United States respectfully requests that the Court take notice of the Nature of the Charge, Essential Elements, Penalties, Personalization of Elements, and Factual Basis for the change of plea in this case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  <u>/s/ Sarah Janette Swartzberg   </u>
Sarah Janette Swartzberg
Assistant United States Attorney
Florida Bar No. 1024847
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:  (352) 547-3600
Facsimile:   (352) 547-3623
E-mail: sarah.swartzberg@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine N. Bird, AFD

I hereby certify that on February 13, 2025, a true and correct copy of the foregoing document and the notice of electronic filing were sent by Hand Delivery to the following non-CM/ECF participant(s):

N/A

/s/ Sarah Janette Swartzberg
Sarah Janette Swartzberg
Assistant United States Attorney
Florida Bar No. 1024847
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: sarah.swartzberg@usdoj.gov